UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------:

MOSHE PLOTNIK, *on behalf of himself and all other similarly situated consumers*,

          Plaintiff,

-against-

MIDLAND CREDIT MANAGEMENT, INC.;
MIDLAND FUNDING, LLC, and ENCORE
CAPITAL GROUP, INC.,

          Defendants.

-----------------------------------------------------------:

No. 22 CIV 231 (NSR)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/7/2022

NELSON S. ROMÁN, United States District Judge:

The Court has been informed that the parties have reached a settlement in principle of this case. Accordingly, it is hereby ORDERED that this action is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days, by May 6, 2022. Any pending motions are DISMISSED as moot, and all conferences are CANCELLED.

The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next sixty (60) days with a request that the agreement be "so ordered" by the Court. The Clerk of Court is respectfully directed to terminate the motion at ECF No. 8.

Dated:  March 7, 2022
         White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge